UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



RECEIVED
JAN 0 5 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Bernard Middleton

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

DOCKETED
JAN 0 6 2004

04C 0037

vs.
Worden of W. I.C.C. Boyd
City of Chicago Police Dept.
State Police Dept.
Clayton work comp nurse
Det Patrick Sullivan
Det Anthony Borbely
Def. E. Farley
P.O. Anthony Flowers
P.O. Frank Casale

Case No: _____
(To be supplied by the Clerk of this Court)

JUDGE ZAGEL

MAGISTRATE JUDGE
GERALDINE SOAT BROWN

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

__X__  COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331(a) U.S. Code (federal defendants)

_____  OTHER (cite statute, if known)

**BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.**

Revised 4/01

1

I.  **Plaintiff(s):**

   A. Name: Bernard Middleton

   B. List all aliases: Buller Bernard, Russell Middleton

   C. Prisoner identification number: 20030027415

   D. Place of present confinement: Cook County Jail

   E. Address: 2850 So. California 9-26 · Chgo, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Det Patrick Sullivan

   Title: Detective City of Chicago

   Place of Employment: 5101 S. Wentworth Chgo IL 60639

   B. Defendant: Det. Anthony Barbely

   Title: Detective City of Chicago

   Place of Employment: 5101 S. Wentworth Chgo, IL 60639

   C. Defendant: Det Edward Farley

   Title: Detective City of Chicago

   Place of Employment: 5101 S. Wentworth Chgo IL 60639

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 4/01

2

Defendants: D-E-F-G-H-I

D. Defendant P.O. Anthony Flowers
   Title: Chicago Police Officer
   Place of Employment 5101 S. Wentworth Chgo, IL 60609

E. Defendant Frank Casale
   Title: Chicago Police Officer
   Place of Employment 5101 S. Wentworth Chgo, IL 60639

F. Defendant City of Chicago Police Department
   Title Commander
   Place of Employment 5101 S. Wentworth Chgo IL 60639

G. Defendant State Police Department
   Title Ill. State Police Commander
   Place of Employment 1941 W Roosevelt Rd Chgo IL 60608

H. Defendant Warden Western Illinois Corrections
   Title - Warden/Director / Name: Boyd
   Place - P.O. Box 1000 Mt. Sterling IL 62353

I. Defendant Clayton Work Camp
   Title Nurse
   Place

4

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES ( ) NO (L) If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES ( ) NO (L)

C. If your answer is **YES**:

1. What steps did you take?

   N/A

2. What was the result?

   N/A

3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

   N/A

D. If your answer is **NO**, explain why not:

   N/A

Revised 4/01

3

E. Is the grievance procedure now completed? YES ( ) NO (✓)

F. If there is no grievance procedure in the institution, did you complain to authorities? YES ( ) NO (✓)

G. If your answer is **YES**:

1. What steps did you take?

   N/A

2. What was the result?

   N/A

H. If your answer is **NO**, explain why not:

   This matter concerns DNA that was used to falsely put criminal cases on me

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

H. Approximate date of disposition: N/A

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 4/01         5

## V. Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

In 2002 the plaintiff Bernard Middleton was sentenced to a guilty plea on Retail theft charge and sent to Western Illinois Correctional Center, his release date 12-06-02. On 12-03-02, I was informed by the facility that it was mandatory to give blood sample DNA and directed to go to Clayton work camp to give blood sample by the warden. I violated my parole on 4-15-03 for a Retail theft charge on 4-30-03 the Chicago police and Detectives come to the Cook County Jail, Det Patrick Sullivan #20258 Det Anthony Burbely #20110 Took me to 1819 W Pershing Rd For a line up said some women in the Englewood Area got sexually assaulted and want to talk to me. At that police station P.O. Anthony Flowers #11981 P.O. Frank Casale #8976 and Det Edward Forley #20643 all interogated me Never read any right Just put me in a line up and for three days this went on, they said one lady picked me out of a lineup, one lady they had was dead already they tried to put that sexual assault on me but the DNA didn't match but I was charged

Revised 4/01                     6

anyway with her murder, I'm in jail right now for three sexual assault charges and a murder charge that I know nothing about, all my criminal history is for retail theft, 48 arrest on retail theft 1 possession of heroin and 1 aggravated battery in 1987, I wasn't in prison under the sex offense law where I had to take DNA by a court judge, but I was deceived in giving a searchless illegal blood sample and was told by the prison warden if I did not I would never be able to leave prison. The prison I gave the blood sample to unvolunteerly and illegal, I never signed any forms or nothing to that effect but this action has resulted in the Chicago police dept. and officials to literally put rape or sexual assault cases on me. The Det Patrick Sullivan and Det Edward Farley had some man to walk up to me force my mouth open and do what they said was a swab test, the results were negative on the dead lady but I was still charged with the case. The DNA test that was performed at the Clayton work camp was mixed up with some other inmates because none of these charges belong to me, I never committed rape or sexual assault, but the wrongful searchless DNA without consent is against my rights and I feel that I am being taken advantage of becaus I am a poor person just like that swab test come back negative, but even then I didn't give premission for that test

These defendants just take advantage of poor people they took a video of me without me knowing anything about the tapings and never read any rights at all to me, sir, I have little education and no understanding of the law and I need somebody to help me. Every sex crime in the Englewood area unsolved the City of Chicago police Department are trying to connect to my unconsented DNA that was taken illegally in the first place, at the prison and I know for a fact the test that was done on me is not the same blood from my body these police and state police are making a big mistake, but what can I say or do and I have no money or any legal advice or real knowledge of the law please help me and God bless you.

VI. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Please I want this Honorable Court to call all these Plaintiffs in Court and we look them in the eye and let them tell the truth, how they are doing me. This is no Justice

I want this Honorable Court to look into this serious matter and have the DNA Expounged from the State's data base and have this entire matter investigated to the fullest extent of the Law and Constitution as to whatever rights I may have as a Citizen and as a Man.

This I Forever pray in Jesus Name. 30,000,000 in damages

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20_____

_____

_____
(Signature of plaintiff or plaintiffs)

_____
(Print name)

_____
(I.D. Number)

_____

_____
(Address)